THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

POLLY KUNSELMAN,

    Plaintiff,

v.

NANCY BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

3:16-CV-747
(JUDGE MARIANI)

FILED
SCRANTON

JUL 13 2017

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 13th DAY OF JULY, 2017, upon review of Magistrate Judge Mehalchick's Report & Recommendation, (Doc. 25), for clear error and manifest injustice,[1]

**IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 25), is **ADOPTED**, for the reasons discussed therein.

2. The Commissioner's decision is **VACATED**.

3. The case is **REMANDED** to an Administrative Law Judge for further proceedings consistent with this Order and the Report & Recommendation.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] By letter dated July 3, 2017, the government informed this Court that it has waived its opportunity to object to the Report and Recommendation. (Doc. 26).